# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                    **Case No.  6:99-cr-115-Orl-22GJK**

**ANDRE DARNELL WILLIAMS**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

      This cause comes before the Court on a Report and Recommendation (Doc. No. 82),
entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing
pursuant to Local Rule 6.01(c)(16) on January 10, 2012.

      After an independent *de novo* review of the record in this matter, and noting that no
objections were filed, the Court agrees entirely with the findings of fact and conclusions of law
in the Report and Recommendation.

      Therefore, it is **ORDERED** as follows:

      1.     The Report and Recommendation entered January 10, 2012 (Doc. No. 82) is
**ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.     Defendant shall personally appear before this court on **THURSDAY, February
16, 2012, at 1:15 P.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W.
Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause
why supervised release should not be revoked.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 25, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Andre Darnell Williams